PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
FEB 21 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

RECEIVED
FEB 21 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Donathon Lynell Williams**

**Docket No. 0:01CR00091-001(JRT)**

**Petition on Supervised Release**

COMES NOW **David J. Schwab**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Donathon Lynell Williams** who was sentenced for Theft of a Federally Licensed Firearms Dealer on August 27, 2002, by the Honorable John R. Tunheim, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> No alcohol; not to enter establishment where alcohol is sold; participate in drug/alcohol treatment program; mandatory drug testing; financial disclosure; psychological/psychiatric counseling/treatment; Rule 36 counseling, medication, housing; take prescribed medication; no new credit; and no firearms, dangerous weapons
>
> 16 hours community service (modified on January 23, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> SPECIAL CONDITION: The defendant shall participate in a program for drug and/or alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On February 6, 2006, Mr. Williams submitted a urine specimen which tested positive for marijuana. Confirmation of this test result has yet to be received. When confronted regarding this positive result, Mr. Williams admitted using marijuana since his previous positive urinalysis test on November 29, 2005.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 24 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 18th day of Feb, 2006, and ordered filed and made a part of the records in the above case.

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

David J. Schwab
U.S. Probation Officer

Executed on February 16, 2006
Place St. Paul

SCANNED
FEB 21 2006
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission