Prob 49

RECEIVED
FEB 21 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States v. Donathon Lynell Williams

Docket No. 0:01CR0091-001 (JRT)

## HEARING WAIVER

I, Donathon Lynell Williams, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 24 hours of community service, as approved by the probation officer.

Signed: [signature]
Donathon Lynell Williams
Supervised Releasee

Witness: [signature]

Dated: 2/15/06

SCANNED
FEB 21 2006
U.S. DISTRICT COURT MPLS