PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

RECEIVED
APR 14 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**United States v. Donathon Lynell Williams**

**Docket No. 0:01CR00091-001(JRT)**

**Petition on Supervised Release**

COMES NOW **David J. Schwab**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Donathon Lynell Williams** who was sentenced for Theft of a Federally Licensed Firearms Dealer on August 27, 2002, by the Honorable John R. Tunheim, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No alcohol; not to enter establishment where alcohol is sold; participate in drug/alcohol treatment program; mandatory drug testing; financial disclosure; psychological/psychiatric counseling/treatment; Rule 36 counseling, medication, housing; take prescribed medication; no new credit; and no firearms, dangerous weapons
16 hours community service (modified on January 23, 2006)
24 hours of community service (modified on February 18, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Mr. Williams has violated the conditions of supervised release based on the following**:
On April 1 and 3, 2006, Mr. Williams failed to submit scheduled urinalyses.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 30 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 13th day of April, 2006, and ordered filed and made a part of the records in the above case.

[signature]

Honorable John R. Tunheim
U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

David J. Schwab
U.S. Probation Officer

Executed on April 11, 2006
Place Minneapolis

SCANNED
APR 14 2006
U.S. DISTRICT COURT MPLS