Prob 49

RECEIVED
APR 14 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Donathon Lynell Williams

Docket No. 0:01CR000941-001(JRT)

**HEARING WAIVER**

I, Donathon Lynell Williams, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate for a period of 30 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

Signed: ______________________
Donathon Lynell Williams
Supervised Releasee

Dated: 4/11/06

Witness: ______________________
David J. Schwab
U.S. Probation Officer

SCANNED
APR 14 2006
U.S. DISTRICT COURT MPLS