PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
06 JUL 10 AM 10: 50
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Donathon Lynell Williams**

**Docket No. 0:01CR00091-001(JRT)**

**Petition on Supervised Release**

COMES NOW **David J. Schwab**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Donathon Lynell Williams** who was sentenced for Theft from a Federally Licensed firearms Dealer on August 27, 2002, by the Honorable John R. Tunheim, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No alcohol; not to enter establishment where alcohol is sold; participate in drug/alcohol treatment program; mandatory drug testing; financial disclosure; psychological/psychiatric counseling/treatment; Rule 36 counseling, medication, housing; take prescribed medication; no new credit; no firearms, dangerous weapons

Modifications: 16 hours community service (modified on January 23, 2006); 24 hours community service (modified on February 18, 2006); and 30 days home detention (modified on April 11, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Mr. Williams has violated the conditions of supervised release based on the following:** On June 28, 2006, Mr. Williams submitted a urine specimen which tested positive for marijuana. Confirmation of this result has not yet been received. When confronted, Mr. Williams acknowledged using marijuana.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 120 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 10th day of July, 2006, and ordered filed and made a part of the records in the above case.

[signature]

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

David J. Schwab
U.S. Probation Officer

Executed on July 5, 2006
Place Minneapolis

c: United States Sentencing Commission

SCANNED
JUL 11 2006
U.S. DISTRICT COURT MPLS

cc: USM & CCA copy to BOP