Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Donathon Lynell Williams

Docket No. 0:01CR0091-001 (JRT)

**HEARING WAIVER**

I, Donathon Lynell Williams, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of 120 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

Signed: ______________________

Donathon Lynell Williams
Supervised Releasee

Dated: 7/5/06

Witness: ______________________

SCANNED
JUL 11 2006
U.S. DISTRICT COURT MPLS