UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 01-91(JRT)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | REASSIGNMENT OF CRIMINAL CASE |
| v. | ) | |
| DONATHON LYNELL WILLIAMS, Defendant. | ) | |

The following criminal case has been reassigned as follows:

Criminal No.

01-91(JRT)

Defendant Name

Donathon Lynell Williams

Remove AUSA

James E. Lackner

Lisagaye A. Biersay

Add AUSA

Michael L. Cheever

Dated: January 3, 2007

RACHEL K. PAULOSE
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
Assistant U.S. Attorney
Attorney ID No. 59298