**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: ARTHUR J. BOYLAN |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 01-91 JRT |
| | ) | Date: 01/25/07 |
| Donathon Lynell Williams , | ) | Court Reporter: None |
| | ) | Tape Number: 54/814-1400 |
| Defendant. | ) | Time Commenced: 1:40 p.m. |
| | | Time Concluded: 1:45 p.m. |
| | | Time in Court: 5 Minutes |

APPEARANCES:

**Plaintiff:** Tim Rank,
Assistant U.S. Attorney

**Defendant:** Andrew Mohring,
√ FPD

Interpreter: None Language: English

Date Charges Filed: 12/22/06 Offense: Violation of Supervised Release

√ Waived Reading of Charges √ Advised of Rights

on Violation of: √ Supervised Release

Additional Information:
Defendant released on same conditions as previously imposed. Defendant not to possess or consume any illegal drugs. Final revocation hearing date is Wednesday, February 28, 2007 at 12:30 p.m. before Judge Tunheim.

s/AR
Criminal Duty Clerk