AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

v.

Case Number: CR 01-91(1) JRT/FLN

Donathon Lynell Williams

RECEIVED
JAN 26 2007
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E, Eighth Floor**
**United States Courthouse**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge Arthur J. Boylan**

On: **January 25, 2007 at 1:30 p.m.**

To answer a(n) Order of the Court.

Brief description of offense:

Supervised Release Violation

Mary Kay Furchner, Deputy Clerk

Dated: January 24, 2007

2007 JAN 24 P 3:
RECEIVED
US MARSHALS SERVICE
MPLS MN

SCANNED
JAN 2 ? 2007
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Criminal Case

# RETURN OF SERVICE

Service was made by me: [1] NANCY SCHMIDT Date: 1/25/07

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: USMS office Mpls MN

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ____________

☐ Returned unexecuted: ____________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 1/25/07
Date

AL GARBER
Name of United States Marshal

N Schmidt
(by) ~~Deputy United States~~ Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure