PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Donathon Lynell Williams**

**Docket No. 0:01CR00091-001(JRT)**

**AMENDED Petition on Supervised Release**

COMES NOW **David J. Schwab**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Donathon Lynell Williams** who was sentenced for Theft of a Federally Licensed Firearms Dealer on August 27, 2002, by the Honorable John R. Tunheim, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> No alcohol; not to enter establishment where alcohol is sold; participate in drug/alcohol treatment program; mandatory drug testing; financial disclosure; psychological/psychiatric counseling/treatment; Rule 36 counseling, medication, housing; take prescribed medication; no new credit; and no firearms, dangerous weapons
>
> 16 hours community service (modified February 6, 2006)
> 24 hours community service (modified February 18, 2006)
> 30 days home detention (modified April 13, 2006)
> 120 days, reside in a community corrections center (modified July 10, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> MANDATORY CONDITION #4: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

Mr. Williams submitted urine specimens on November 29, 2005; and February 6; June 28; August 11 and 26; and December 1, and 18, 2006, which later tested positive for marijuana.

> SPECIAL CONDITION #6: The defendant shall participate in a program for drug and/or alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

Mr. Williams failed to report for scheduled urinalysis on April 1 and 3; June 12; October 17; and December 9, 2006. **Additionally, Mr. Williams failed to report for scheduled urinalysis on March 7, and 16, 2007.**

SCANNED
2 2007
U.S. DISTRICT COURT MPLS

SPECIAL CONDITION: At the time of sentencing, the defendant was ordered to pay a special assessment in the amount of $100 as well as restitution in the amount of $2,925.72

Mr. Williams has yet to make a payment towards these obligations.

PRAYING THAT THE COURT WILL ORDER That **the Petition on Supervised Release dated January 24, 2007, be amended to include the additional violation as noted above.**

ORDER OF THE COURT

Considered and ordered this 2nd day of April, 2007, and ordered filed and made a part of the records in the above case.

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

David J. Schwab
Senior U.S. Probation Officer

Executed on March 19, 2007
Place Minneapolis