**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Donathon Lynell Williams,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: John R. Tunheim
U.S. District Judge

Case No: 01-91 JRT/FLN
Date: 04/02/07
Court Reporter: Carla Bebault
Time Commenced: 10:06 a.m.
Time Concluded: 10:17 a.m.
Time in Court: 11 Minutes

## APPEARANCES:

Plaintiff: John Marti, Assistant U.S. Attorney
Defendant: Andrew Mohring ☒ FPD ☐ CJA ☐ Retained ☐ To be appointed

## PROCEEDINGS:

☒ **Revocation of Supervised Release - Final Hearing.**
☒ Preliminary Examination ☒ Waived ☐ Detention Hearing ☐ Waived
☒ Defendant admits allegations. ☐ Defendant denies allegations.

## ORDERED:

☒ Supervised Release revoked
☒ Defendant released on same terms and conditions of supervised release.
☒ Defendant is sentenced to: Four consecutive weekends in jail with no term of supervision to follow.

s/LPH
Calendar Clerk