**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: ARTHUR J. BOYLAN |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 01-91 JRT |
| | ) | Date: 04/19/07 |
| Donathon Lynell Williams, | ) | Court Reporter: None |
| | ) | Tape Number: 78/667-1154 |
| Defendant. | ) | Time Commenced: 1:30 p.m. |
| | | Time Concluded: 1:35 p.m. |
| | | Time in Court: 5 Minutes |

APPEARANCES:

**Plaintiff:** Tracy Perzel, Assistant U.S. Attorney

**Defendant:** Caroline Durham for Andrew Mohring,
√ To be appointed

Interpreter / Language: None / English

Date Charges Filed: 04/10/07 Offense: Violation of Supervised Release

√ Waived Reading of Charges √ Advised of Rights

on Violation of: √ Supervised Release

√ Government moves for detention.

Motion is: √ granted, temporary detention ordered.

Additional Information:
Defendant waived both preliminary revocation and detention hearing. Final revocation hearing is Thursday, April 26, 2007 at 10:30 a.m. before Judge Tunheim.

s/AR
Criminal Duty Clerk