**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Donathon Lynell Williams,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: John R. Tunheim
U.S. District Judge

| | |
|---|---|
| Case No: | 01-91 JRT/FLN |
| Date: | 04/26/07 |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 11:05 a.m. |
| Time Concluded: | 11:17 a.m. |
| Time in Court: | 12 Minutes |

APPEARANCES:

Plaintiff: Michael Cheever, Assistant U.S. Attorney
Defendant: Katherian Roe : FPD 9 CJA 9 Retained 9 To be appointed

PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Preliminary Examination : Waived 9 Detention Hearing 9 Waived
: Defendant admits only allegation of committing another crime. 9 Defendant denies allegations.

ORDERED:

: Supervised Release revoked
: Defendant remanded to custody of the U.S. Marshal.
: Defendant is sentenced to the custody of BOP for 8 months, no supervision to follow.

s/LPH
Calendar Clerk