AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court
## District of Minnesota

UNITED STATES OF AMERICA
v.
**Donathon Lynell Williams**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **01-91 JRT/FLN**
USM Number: **09879-041**
Social Security Number: **4086**
Date of Birth: **1979**

**Katherian Roe**
Defendant's Attorney

## THE DEFENDANT:

[**X**] admitted guilt to violation of a condition of the term of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | While on supervised release, the defendant shall not commit any federal, state or local crime. | 04/13/07 |

**The defendant is sentenced as provided in pages 2 through 2 of this judgment**. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

April 26, 2007
Date of Imposition of Judgment

s/John R. Tunheim
Signature of Judge

**JOHN R. TUNHEIM**, United States District Judge
Name & Title of Judge

April 27, 2007
Date

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: DONATHON LYNELL WILLIAMS
CASE NUMBER: 01-91 JRT/FLN

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **8 months, with no term of supervision to follow.**

[X] The court makes the following recommendations to the Bureau of Prisons: **That the defendant be designated to a facility with the state of Minnesota, or to the facility located in Oxford, Wisconsin, so that he may maintain close ties with his family.**

[X] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

Defendant delivered on____________________ to ______________________________

at ________________________, with a certified copy of this judgment.

________________________
United States Marshal

By ________________________
Deputy United States Marshal